United States District Court    Case No: 302 CV 1629 (JCH)

District of Connecticut

Dick Mattleson           (Petitioner)

80 Tremont Street

Hartford, Connecticut

06105-3069

AKA dmatt89@yahoo.com

AKA dmatt89


Emile Boyle             (Respondent)

8354 Forrester Blvd

Springfield, VA

22152

AKA liveride@yahoo.com

AKA liveride


**Motion to Request Second and Final Settlement Hearing**


Now comes Dick Mattleson, the Petitioner, to request a final settlement hearing to be scheduled sometime in mid

February 2004, midweek, to discuss settlement options between the Petitioner and Respondent. Informally, the Petitioner and Respondent were not able to reach a settlement by meeting November 14th, 2003 and will continue to make efforts. If a settlement is reached by late January 2004, then the Petitioner will alert this U.S. District Court. A settlement status report will be delivered 5 days before the final settlement scheduled meeting outlining progress from November 14th through the new target date.

For this next settlement meeting, the Petitioner is requesting from the Respondent:

A.  Respondent's version of a Table of Differences.
B.  Respondent's detailed explanation of how he arrived at the Petitioner stealing $440.00 of his money. When the Respondent is finished with his explanation, the Petitioner reserves the right to ask questions upon the Respondent for purpose of clarity.

During the settlement hearing of November 14th, 2003, the Petitioner provided his Table of Differences he authored. The Respondent expressed that he did not agree with some of

the issues, which the Petitioner brought forth in his Table of Differences. The Petitioner was not able to learn where disagreement was.

The objectives that the Petitioner would like to accomplish for this final Settlement meeting, targeted for mid February 2004, would be:

1. A specific understanding of exactly where both parties disagree. What both parties are offering to stand behind their disagreed points. A reading and discussion of the Petitioner's Table of Differences. Then, a reading and discussion of the Respondent's Table of Differences. The Petitioner will ask the Respondent to clearly, with details, verbally or in writing, his version of the truth behind his comments authored on EBay AKA libel. It is the belief of the Petitioner, that Judge Fitzsimmons understands, in theory, what happened. For this meeting, the Petitioner wants a reasonable explanation of how the Respondent feels the Petitioner stole a certain amount of money, namely $440.00

2. When all the reading and discussion is finished, there should be a few keys issues which need a court to decide on. All in attendance will come to agreement of those issues, that is, which issues are being stipulated Vs disputed.

3. The last objective of this February 2004 Settlement meeting would be a final round of negotiation for settlement. However, this time, when trying to settle, Judge Fitzsimmons will have specific detailed focused information where the actual dispute lies. Both Petitioner and Respondent will then be able to clearly/specifically understand only those issues, which need to be resolved outside their hands. All in attendance will then finally ask '*Is it worth a trial or can we reach peace and closure with the information we arrived upon*'.

During the Settlement meeting of November 14th, great progress was achieved by letting both parties vent their views. The Petitioner and Respondent, both, have had time to think. The Petitioner feels that when trying to negotiate a settlement, without being prepared i.e. learning exactly/specifically where disputes lie, all are at a disadvantage.

If a trial must be scheduled as a last resort, then:

1. All parties should know exactly/specially why a trial is absolutely necessary.

2. All parties have truly exhausted all efforts. Further settlement meetings would be considered a waste of time.

3. All parties understand fluently what must be done for settlement to happen. All parties refuse to settle and feel that a trial is the only way to proceed further.

*Richard P. Matteson*

Nov 24, 2003

Mailed this Monday NOVEMBER 24th, 2003 from Hartford, Connecticut:

Clerk of the Court

U.S. District Court

District of Connecticut

Bridgeport, Connecticut

Emile Boyle

8354 Forrester Blvd

Springfield, VA

22152

The Honorable Holly B. Fitzsimmons

Magistrate U.S. District Court

Bridgeport, Connecticut

*Richard P. Matteson*

Nov 24, 2003