UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DICK MATTLESON | : |
|     Plaintiff | : |
| | :     CIVIL ACTION NO. |
| v. | :     3-02-cv-1629 (JCH) |
| | : |
| EMILE BOYLE | : |
|     Defendant | :     DECEMBER 5, 2003 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_√\_\_\_ A ruling on the following motion which is currently pending (orefm.):
**Motion to Request Second and Final Settlement Hearing [Dkt. No. 28]**

\_\_\_\_\_ A settlement conference (orefmisc./cnf)

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 5th day of December, 2003.

                                                /s/ Janet C. Hall
                                              Janet C. Hall
                                              United States District Judge