United States District Court       Case No. 3:02 CV 1629 (JCH)

District of Connecticut

2003 DEC 19 P 2: 19

:ttleson                    (Petitioner)

iont Street

d, Connecticut

069

tt89@yahoo.com

:t89

oyle                        (Respondent)

rrester Blvd

ield, VA

ride@yahoo.com

ride

>tion to Request Second and Final Settlement Hearing

es Dick Mattleson, the Petitioner, to request a

settlement hearing to be scheduled sometime in mid

---

3:02cv1629 (JCH)   16 December 2003

Plaintiff's motion [doc. # 28] is granted absent objection. A settlement conference is scheduled for February 9, 2004 at 10 A.M.

SO ORDERED.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE