**Case No. 302 CV 1629 JCH**

FILED

**REQUEST TO RECIND OR RECHEDULE SECOND SETTLEMENT HEARING ON
FEBRUARY 9TH, 2004.**     2004 JAN -9  P 12: 30

US DISTRICT COURT
BRIDGEPORT CT

Emile Boyle           (Respondent/Defendant)
8354 Forrester Blvd
Springfield VA 22152
AKA liveried@yahoo.com
AKA liveried

Dick Mattleson        (Petitioner/Plaintiff)
80 Tremont Street
Hartford, Connecticut
06105-3069
AKA dmatt89@yahoo.com
AKA dmatt89

Mattleson vs Boyle

I request that the court rescind approval for a second settlement conference with Mr. Mattleson

and myself.  I ask this because Mr. Mattleson has not contacted me or done anything with me in

trying to achieve settlement since our last conference, contrary to his claims when requesting a

second conference.  I also have not received the tax statements Mr. Mattleson was supposed to

send me.   Considering this, I feel the settlement shall require a judge's decision.


If the court feels there is a great probability of settlement at a second conference or Mr Mattleson

has given the court indication of such settlement and not notified me, then I request to reschedule

the conference for a mid February, Friday date.  Thank you.

Sincerely  *Emil Boyle*  1/6/04

Emile Boyle.

**CERTIFICATE OF SERVICE**

Copies sent by certified mail to:

Clerk of the court
U.S. District court
District of Connecticut
915 Lafayette Blvd
Bridgeport, CT 06604

Richard P. Mattleson
80 Tremont Street
Hartford, Connecticut
06105-3069

Holly B. Fitzsimmons
U.S. Magistrate Judge
U.S. District court
District of Connecticut
915 Lafayette Blvd
Bridgeport, CT 06604

*Emil Bir*
1/6/04