United States District Court    Case No. 302 CV 1629 (JCH)

District of Connecticut

Dick Mattleson                (Petitioner)

80 Tremont Street

Hartford, Connecticut

06105-3069

AKA dmatt89@yahoo.com

AKA dmatt89



Emile Boyle                   (Respondent)

8354 Forrester Blvd

Springfield, VA

22152

AKA liveride@yahoo.com

AKA liveride

**Motion to OBJECT to motion filed by Respondent January 6th, 2004 requesting a change of date for 2nd Settlement hearing.**

Now comes Dick Mattleson, the Petitioner, to object to Respondent's motion dated January 6th, 2004 to request a rescheduling of the 2nd Settlement hearing, which is the February 9th, 2004 meeting. The meeting scheduled for that day should stay as is. The Court granted the Petitioner's motion and the Petitioner would now like to keep this date on the calendar. On previous motions the Petitioner gave compelling reasons for this final 2nd Settlement meeting. The Respondent has not shown any reason to move this meeting date and time other then convenience. The Respondent knew in advance that certain travel to the court would be necessary for the purpose of hearing, Pre-Trial, and Trial for the outcome of this case. If the Respondent can come forward now and provide compelling reasons why the meeting should be moved to another date, please let him state his reasons. Otherwise let the date for this 2nd Settlement Meeting stand as is. When the Petitioner filed his motion for securing a 2nd Settlement meeting, no objection was filed by the Respondent. The Court picks a date as best as possible touching the weekend to accommodate travel and ease.

*Dick Mattleson*
*Jan 23, 2004*

Mailed this Monday January 22nd, 2004 from Hartford, Connecticut:


Clerk of the Court

U.S. District Court

District of Connecticut

Bridgeport, Connecticut


Emile Boyle

8354 Forrester Blvd

Springfield, VA

22152


The Honorable Holly B. Fitzsimmons

Magistrate U.S. District Court

Bridgeport, Connecticut

*Dick Mattteson*

*Jan 22, 2004*