**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EMILE BOYLE | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-1629 (JCH) |
| | : | |
| DICK MATTLESON | : | |
|    Defendant | : | JANUARY 26, 2004 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

_____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_√\_\_\_\_ A ruling on the following motion which is currently pending (orefm.):
**Request to Recind or Reschedule Second Settlement Hearing on February 9, 2004 [Dkt. No. 32]**

_____ A settlement conference (orefmisc./cnf)

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 26th day of January, 2004.

                                                        /s/Janet C. Hall_____
                                                        Janet C. Hall
                                                        United States District Judge