```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT

DICK MATTLESON,                :
        Plaintiff              :
                               :
v.                             :  CIV. NO. 3:02 CV 1629 (JCH)
                               :
EMILE BOYLE                    :
        Defendant              :
```

## RULING and ORDER

A telephone status conference was scheduled in this case for January 23, 2004 at 4 p.m. The conference did not go forward. The plaintiff, Mr. Mattleson, was apparently confused about the procedure for conducting telephone conferences with the court. Mr. Mattleson called in but hung up when he was not immediately connected to the Judge. Thereafter, he could not be reached by telephone. Mr. Boyle, the defendant, was available at the time scheduled for the conference. Both parties in this case are <u>pro se</u>.

The purpose of the status conference was to discuss re-scheduling the settlement conference set down for February 9, 2004. Pending before the court are three motions concerning the scheduling of this conference: defendant's motion to reschedule the conference [doc #32], plaintiff's motion to reschedule the conference [doc #33], and plaintiff's motion to withdraw his motion to reschedule the conference [doc #35].

At a settlement conference on November 14, 2003, the court ordered Mr. Mattleson to provide Mr. Boyle and the court with

copies of his 1999-2001 tax returns and receipts concerning the transaction at issue in this case by December 1, 2003. These records are relevant to plaintiff's claim for damages. Although the January 23 status conference did not proceed as planned, Mr. Boyle informed the court in advance that Mr. Mattleson had failed to comply with this order and has not provided the tax information. The court therefore orders the following.

Mr. Mattleson shall provide Mr. Boyle with copies of his 1999, 2000 and 2001 tax returns, receipts for the transactions at issue, and any other outstanding discovery on or before Wednesday, February 11, 2004.

The settlement conference scheduled for February 9, 2004 is cancelled. Instead, the court will conduct a telephone conference on February 13, 2004 at 3 p.m., after Mr. Boyle has had an opportunity to review the remaining discovery, to discuss the status of the case and ongoing settlement efforts. Mr. Mattleson will initiate the call. On or before February 11, 2004, Mr. Mattleson will provide the court with the telephone number where he can be reached at the time of the February 13th conference call.

In lieu of filing motions, the parties may contact the court via telephone to discuss scheduling issues.

As a _pro se_ party, Mr. Mattleson is hereby put on notice that his failure to fully comply with the terms of this order or other court orders, will subject him to sanctions, which may include dismissal of his case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

In light of the above order, defendant's motion to reschedule the conference [**doc # 32**], plaintiff's motion to reschedule the conference [**doc # 33**], and plaintiff's motion to withdraw his motion to reschedule the conference [**doc #35**] are **denied as moot.**

SO ORDERED at Bridgeport this ____ day of February 2004.

_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE