United States District Court          Case No. 302 CV 1629 (JCH)

District of Connecticut

FILED

2004 FEB -9  P 12: 02

US DISTRICT
BRIDGEPORT CT

Dick Mattleson                (Petitioner)

80 Tremont Street

Hartford, Connecticut

06105-3069

AKA dmatt89@yahoo.com

AKA dmatt89

Emile Boyle                   (Respondent)

8354 Forrester Blvd

Springfield, VA

22152

AKA liveride@yahoo.com

AKA liveride

**Letter of Intent to Object to Judge Fitzsimmons Order**

**and Ruling of February 5th, 2004**

February 6th, 2004

The Honorable Holly B. Fitzsimmons
U.S. District Court
915 Lafayette Blvd
Bridgeport, CT 06604

Your Honor:

I have received, through e-mail, your RULING and ORDER and need to respond immediately. I plan to file an objection, but will wait pending our conference call which you have scheduled for **February 13th, 2004 at 3:00PM**. I can be reached at 860/233/1819. I may be in the field but will initiate this conference call as directed.

When the conference call is set up, I ask that whoever picks up the call, make several announcements such as **"THIS IS JUDGE FITZSIMMONS CHAMBERS—PLEASE HOLD ON FOR THE JUDGE"**. I ask that your assistants not say simply "HOLD ON PLEASE" in a generic format so Emile & I do not know who is on the other end of the telephone. After hearing **"JUDGE FITZSIMMONS CHAMBERS"** we, Emile & I, will then know for sure the connection was made and will wait however long it takes. Your Honor please take as long as is necessary for the call---no time limit.

Tax returns are not essential or required in prevailing on my side to show damages. In proving my case for damages, I plan to show enough evidence to show that my business endeavors did exist, what I shipped through UPS, customer files and their purchases, expenses, and my relation with EBAY. At this moment in Emile's hands, he has 14 months of my listing records which meet the benchmark of the $75,000 rule, prior to the placement of the libel. Under Federal law, in a civil matter, I only have to show a preponderance of the evidence in order to prevail. I am not required to show actual proof of loss in a libel suit. In order to win my case I plan to show my proof in the form of actual receipts of shipments to customers, what they purchased, their credit card information for further proof, my relationship with EBAY. This will help the court understand what happened before the libel took place. I will then explain how feedback works on EBAY. I will then explain that aggravated malice would be enough to bring a vendor out of business on an on-line auction site. I plan to have on hand case law right next to me to argue my case and be prepared.

Furthermore, I have a legal right, under the Federal Rules of Civil Procedure, to understand why the requested information is needed. It may be obvious, but to this day Emile has refused to provide his reasons for reviewing my tax returns.

For the conference call I am asking for these 2 items in order to follow through with your order:

1. Emile must state his reasons why the tax returns will help his defense. I may challenge his reasons, which are permitted within the scope of civil procedure.
2. I need to have Judge Fitzsimmons show me which Federal cases make it mandatory that a tax return is required, and nothing but a tax return, to prevail in a 1st. I am not asking for the Judge to spend a great deal of time here, but simply enough to make the point. I have spent 2 years cracking the books on libel and found **no cases to support this ruling**. But, I am not a lawyer and believe in the theory of learning something new everyday.

If the conference call does not yield my 2 requested items, then I will request that your ruling be withdrawn on grounds presented here in this letter. Emile and I will then be able to argue this matter during Pre-Trial. Or, if, your Honor wishes to hear the argument before Pre-Trial, I will not object and will be prepared. I also ask that Emile present his argument for your ruling.

If I am denied here and can not get the removal of this ruling, then I may have to take a leave to file an appeal through the 2nd Circuit Court. My question before the Appellate Court would be "Does the Petitioner absolutely must show, through tax returns, his losses or can he prove his case otherwise".

Please do not take drastic steps as dismissing this case or levying sanctions at this time until we resolve this.

Sincerely yours,

Dick Mattleson
Petitioner

Feb 6, 2004

Courtesy e-mailed February 5th, 2004

-Judge Fitzsimmons Chambers

-Emile Boyle


 Mailed this Friday February 6th, 2004 from Hartford,

Connecticut:


Clerk of the Court

U.S. District Court

District of Connecticut

Bridgeport, Connecticut


Emile Boyle

8354 Forrester Blvd

Springfield, VA

22152


The Honorable Holly B. Fitzsimmons

Magistrate U.S. District Court

Bridgeport, Connecticut

*Richard P. Mallason*

Feb 6, 2004