```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT


DICK MATTLESON,                  :
        Plaintiff                :
                                 :
v.                               :   CIV. NO. 3:02 CV 1629 (JCH)
                                 :
EMILE BOYLE                      :
        Defendant                :
```

**<u>ORDER</u>**

On February 5, 2004, the court issued a discovery order [doc # 38] directing plaintiff, <u>inter alia</u>, to disclose his 1999, 2000 and 2001 tax returns to defendant.

The parties are hereby notified that the February 5, 2004 order is not a recommended order. It is a discovery order which is reviewable pursuant to the "clearly erroneous" statutory standard of review. 28 U.S.C. § 636 (b)(1)(A); Fed. R. Civ. P. 6(a), 6(e) and 72(a); and Rule 2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.

SO ORDERED at Bridgeport this ____ day of February 2004.

_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE