FILED
2004 FEB 26  P 12: 13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DICK MATTLESON | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-1629 (JCH) |
| | : | |
| EMILE BOYLE | : | FEBRUARY 24, 2004 |

## RULING
### RE: MOTION FOR SUMMARY JUDGMENT (DKT. NO. 20)

Plaintiff has moved, a second time, for summary judgment. His first motion (Dkt. No 4) was denied in a Ruling of this court dated July10, 2003. (Dkt. No. 19) Plaintiff argues that the defendant has admitted libeling the plaintiff in defendant's Response to this court's Order to Show Cause, a letter dated June 24, 2003. (Dkt. No. 17) However, nothing in that Response is an admission of liability. Further, there clearly remain issues of fact, e.g., whether what the defendant said was false, and with what intent he said it.

Accordingly, the Motion for Summary Judgment is denied. The case is currently scheduled for a trial before the court on March 25, 2004.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 24th day of February, 2004.

Janet C. Hall
United States District Judge