United States District
District of Connecticut

FEB 17/2004

Case No. 302 CV 1629 JCH

# MOVE TO DISMISS THE CASE BECAUSE OF THE PLAINTIFF'S FAILURE TO COMPLY WITH COURT DISCOVERY ORDER.

Emile Boyle     (Respondent/Defendant)
8354 Forrester Blvd
Springfield VA 22152
AKA liveried@yahoo.com
AKA liveried

Dick Mattleson     (Petitioner/Plaintiff)
80 Tremont Street
Hartford, Connecticut
06105-3069
AKA dmatt89@yahoo.com
AKA dmatt89

FILED 2004 FEB 27 P 2:03 US DISTRICT COURT BRIDGEPORT CT

Mattleson vs Boyle

I, Emile Boyle, request that the court dismiss the plaintiff's case for his failure to comply with Magistrate Judge Holly B. Fitzsimmons Feb 5th, 2004 discovery order [doc # 38] directing the plaintiff to disclose his 1999, 2000, and 2001 tax returns to the defendant. The plaintiff has done all he could to waste the time of the court and the defendant by giving verbal assurances that he would provide these records several times during settlement conference calls and during a settlement meeting at the U.S. District court with Judge Fitzsimmons and the defendant in attendance. After nearly three months of waiting, the plaintiff still failed to provide these records to the defendant. This finally led to the issuance of the discovery order on Feb 5th, with which the plaintiff still made no attempt to comply, preferring instead to argue with the honorable Judge Fitzsimmons and Mr. Boyle that, despite the order, he was not required to do as directed. I consider these records to be extremely important in this case to support or refute the plaintiff's claim of loss income, to establish the legitimacy of the plaintiff's business and records thru his federal tax compliance, and to compare against other evidence which the plaintiff has submitted

to the court regarding claims of purchases and sales. Based on the plaintiff's conduct in this matter, I respectfully request the court dismiss the plaintiff's case and consider legal sanctions against the plaintiff. Thank you.

Sincerely

*Emile Boyle*

Emile Boyle.

## CERTIFICATE OF SERVICE

Copies sent by U.S. mail to:   *Emile Boyle*

Clerk of the court
U.S. District court
District of Connecticut
915 Lafayette Blvd
Bridgeport, CT 06604

Richard P. Mattleson
80 Tremont Street
Hartford, Connecticut
06105-3069

Honorable Janet C. Hall
U.S. District Judge
U.S. District court
District of Connecticut
915 Lafayette Blvd
Bridgeport, CT 06604