*Dick Mattleson*
*Plaintiff*

**RECEIVED** *Emile Boyle*

FEB 12 2004 *Defendant*

# 302 CV 1629 JCH

**FINAL PRE-TRIAL MEMORANDUM FOR CASE #302CV1629 JCH**

[ United States District Court
District of Connecticut ]

Now comes Emile Boyle, to submit my final pre-trial memorandum for case #302CV1629 JCH. I am the defendant and shall be representing myself and seeking relief from the plaintiff Richard Mattleson through the United States District Court of the District of Connecticut.

I, the defendant, intend to prove that:

1. Mr Mattleson defrauded me out of approximately $400.
2. Mr Mattleson never made a good will attempt to provide me the merchandise I paid for.
3. Mr. Mattleson made several false claims in representing himself and his merchandise, which he has failed to substantiate.
4. Mr. Mattleson never provided me with receipts for clothing that I had paid for even after specifically requesting a detailed receipt.
5. Mr. Mattleson made additional charges against my credit card without my knowledge or consent.
6. Mr. Mattleson has defrauded other registered ebay.com buyers in similar fashion, and I have provided copies of their emails and a notarized statement attesting his practices.
7. Mr. Mattleson has refused to comply with pre-trial settlement requests for copies of his income tax records for the time period in question ('99-2001) despite giving the defendant and Judge Holly Fitzsimmons verbal affirmation that he would do so during our pre-conference phone call and again during our settlement conference meeting.

*FILED 2004 FEB 27 P 2:03 US DISTRICT COURT BRIDGEPORT*

The Plaintiff, Mr. Mattleson is making the following claims:

1. He never received my 2nd return shipment.
2. I libeled him by stating on ebay's transaction feedback forum that he claims he never received the return of his shabby merchandise.
3. He lost income as a result of my statement on ebay and he was unable to replace this income thru future advertisement on ebay or other online auction sites.

The relief I am seeking from the plaintiff is as follows:

1. Reimbursement of $400 for my loss for clothing I returned to the plaintiff.
2. Reimbursement of travel and lodging expenses as required for defending myself in court, which I estimate at $200 per day of court proceedings.
4. Reimbursement of expenses relating to days missed from work as required to defend myself, which I estimate as $300 per day.
5. Punitive damage against the plaintiff of $2,400 for lying and misrepresenting himself and his merchandise to me and other customers for financial gain. (This sum to be shared equally between Mr. Mattleson's former customers, Mr. Boyle of Virginia, Mr. T. Ray Winton of Texas, and Mr. Tom Taylor of Virginia)

My brief statement for the court/jury shall be:

"I the defendant was defrauded by the plaintiff, Mr. Mattleson out of approximately $400 and in response left Mr. Mattleson negative feedback on ebay as a result of our transaction. I met Mr. Mattleson on ebay, whereby after bidding on one of his auctions Mr Mattleson solicited my business by sending me an email September 13th 2001 in

which he described his suit offerings as " All my suits are exquisite handsome suits coming from the finest mens haberdashery and exclusive department stores... All were purchased in the Spring of 2001---have absolutely no worn marks, or other imperfections. I have gained weight so this is reason for the sale... Each suit was purchased brand new in the price range of $1,050.00 to $1,456 plus sales tax." This statement, along with many others detailing the merits of Mr. Mattleson merchandise sounded like a very good deal to me so I gave Mr. Mattleson my credit card number, which he promised not to charge until I had received my shipment, and placed an order for 4 specific suits from his listings and several shirts and ties for an agreed price of $832. Mr. Mattleson then charged my credit card for $832 before I received his initial shipment. **During the course of our transactions, Mr. Mattleson twice shipped me a package of clothing that included suits I did not order, of obviously incorrect size, were damaged, and all suits and shirts were dirty and musty, and some were torn and stained.** All items had been thrown together in a trash bag and stuffed into a box barely able to contain it, with no listings of contents either inside or outside the packages. Despite requesting a receipt for my money listing the clothing I was paying for, Mr. Mattleson never provided me receipts with his shipments and was unyielding and uncompromising in allowing me to return his unsatisfactory clothing for a cash refund. Despite Mr. Mattelson's many claims for providing a customer friendly service, like new goods, and hassle free transactions he has proven to be just the opposite towards me and other customers who have suffered similar experiences when making purchases from Mr. Mattleson. Some of his other customers have even volunteered and provided me evidence of their unsatisfactory dealings with Mr. Mattleson. In summary, I was offered used clothing by Mr. Mattleson under certain conditions of size, newness and cleanliness, and was largely defrauded by Mr. Mattleson who shipped me items I did not order, items that were

damaged and stained, and the whole order was dirty and musty, contrary to his promises of delivery.

Following is a summary of my case history with Mr. Mattleson. Items listed as evidence have already been submitted to the court:

I, Emile Boyle, was a bidder for ebay seller Dick Mattleson's (ebay user id Dmatt89) eaby auction of a suit back in September 2001. After the auction ended Mr Mattleson contacted me via email and offered me a discount for offline multiple purchases. I agreed to purchase 4 suits, 5 shirts, and 8 neckties because Mr. Mattleson assured me via telephone that he was offering new and like new clothing, cleaned and pressed, and would not charge my credit card until I received my purchases and was 100% satisfied. Contrary to this, my credit card was charged $832 on September 14th 2001, although I did not receive a shipment until September 19th 2001. (copy of First USA Bank, inquiry of $832 charge included as **Item#1**). This did not bother me at that time, as I expected Mr. Mattleson was acting in good faith to deliver a good quality product as promised. I asked Mr. Mattleson on September 15th for a receipt listing the suits, shirts, and ties I was paying for (copy of email provided **Item#2**) but never received one, which I found unusual.

Upon receipt of my shipment, which did not contain a packing receipt, I was sorely disappointed with the quality, sizing, and condition of most of my shipment as all suits and shirts were dirty and musty, and some were torn and stained. All items had been thrown together in a trash bag and stuffed into a box barely able to contain it. I returned the majority of the clothing and requested a refund for those items returned. I also

detailed my returning of the merchandise and much of the clothing's bad condition in voice messages and an email to Mr. Mattleson, which he acknowledged (copy of emails is provided **Item's#3, 4, & 5**).

Upon receipt of my returns Mr. Mattleson stated that since I submitted my returns **one day** outside his 5 day return policy deadline, he would only replace them with other merchandise. I did not want to receive another shipment of like ill-quality clothing as I felt he had already cheated me by sending such obvious wrong sized and stained items initially. After several emails back and forth and realizing that Mr. Mattleson had lied to me about the quality of his goods, about charging my credit card, and about doing all he could to provide me customer satisfaction, I resubmitted my sizing and quality requirements so he could research sending replacement items. In an Oct 3rd 2001 email to Mr. Mattleson I specifically stated **"please do not send any more unclean, or damaged suits. Your ads say all suits were to be cleaned and pressed prior to shipment and none met that condition"**. Mr. Mattleson mailed a second shipment, which I received. Once again I never received a receipt for the second shipment nor gave Mr. Mattleson permission to charge my credit card for this shipment. I only recently found out about the credit card charge from the receipt he prepared and submitted with his complaint against me.

Upon receipt of my 2nd shipment, once again I was disappointed as most items were dirty, musty, damaged, stained, and not even close to my size and there was again, no packing receipt. I returned the majority of these items the next day, but, unfortunately, I failed to insure the return package. With the return package I included notes detailing the bad condition and sizing of the clothing and requirements for replacement and thought this

would be sufficient. After not receiving another return shipment or contact from Mr. Mattleson for about 6 weeks, I sent him an email on 29 November 2001 requesting what happened to the merchandise I paid for. He claims he never received the return shipment and had no idea I had returned his last one. I did not believe this claim by Mr. Mattleson because he already had a history of lying to me and misrepresenting his merchandise and business practices. I then saw that he had a suit in my size and desired quality for sale on ebay which I won the bidding for and requested Mr. Mattleson provide in place of the clothing he did not provide before. Mr. Mattleson still insisted he never received my return and did not know what he had shipped me (email included here, **Item#6**) but he would search his clothing inventory as he did not know what suits and other clothing he shipped me before. Since he never provided me a receipt for the second shipment either, and most items were unlabeled, I was unable to give him detailed information on my returns except for their general size and bad condition. Now, in Mr. Mattleson's complaint against me I see that he has prepared a receipt supposedly listing the second shipments contents complete with brand names. If he knew what he had shipped me to begin with, why would he need descriptions from me to search his inventory (again noted in **Item#6**). During the course of his 'search', Mr. Mattleson never made an attempt to reach a settlement with me or offer to provide me with any merchandise, service, or reassurance that I would receive satisfaction for the money I had paid him.

After winning the auction in question and not receiving the clothing I had originally paid for I finally, reluctantly, left Dmatt89 (Mr. Mattleson's ebay id) negative feedback reflecting my transaction with him. I say reluctantly because I knew he would be able to leave me negative feedback in turn. This process is part of the balance act of ebay transactions to inform other members of your buying and selling experiences. I was then

contacted by several other ebay members, most notably, T. Ray Winton of Texas and Tom Taylor of VA, via email, detailing how difficult he is in not acknowledging returns and in shipping bad merchandise in almost exactly the same fashion. (emails included here, **Items#7-13**). Both of these gentleman's experiences mirrored my own. It appears that Mr. Mattleson often does a bait and switch by which he promises good quality, clean, and correct size clothing then substitutes it with dirty, or wrong sized, or bad quality clothing and then tacks on additional shipping charges to correct his mistakes. In addition to the emails, Mr. Taylor has provided a notarized statement **(Item#13)** outlining his transaction and receipt of wrong sized suits. I have also submitted as evidence, photographs of the package and the contents Mr. Taylor received from the Plaintiff **(Item#13a)**. T. Ray Winton of Texas has provided me a read only personal data file (pdf) detailing his own transactions with Mr. Mattleson complete with copies of his return shipment receipts, which Mr. Mattleson refused to acknowledge for several weeks. (A printout of Mr. Winton's pdf file was submitted to the court as evidence during the 1st settlement conference).

In closing I just wish to add that I have been an honest and responsible member of ebay since 1999 and have submitted evidence supporting this, and have **never received a single complaint** or been cheated out of my money on ebay in this manner before. On the other hand, Dick Mattleson **has received other negative feedback citing similar complaints** (which I have included a copy of here, **Item#15**) and is suing me for undeserved financial gain while he well deserving of negative feedback concerning this transaction.

The Plaintiff also makes several misleading statements in his complaint against me, the first of which, is his insinuation that I never responded to his original small claims action (State of CT-Superior court Docket#SCA-H-129608). I have submitted as evidence a copy of my return mail from the court reflecting their receipt of my counterclaim against the plaintiff along with my counter complaint (**Items#16 & 17**). The plaintiff also states in his policy that "You must be 100% happy and pleased or your money is refunded cheerfully." This statement is listed even before his return policy information. I am not in the least happy or satisfied with the Plaintiff's goods or services.

The integrity of the ebay forum relies on out ability to comment on our positive or negative buying experiences. I believe that if the Plaintiff treated all his customers honestly and fairly and provided them with the products and services that they pay him for, maybe he could earn the business and respect that comes with good business conduct. I requested to purchase specific suits, shirts and sizes. The Plaintiff then shipped me damaged items other than the brands and sizes I purchased. He then tried to hide his actions by not providing me receipts.

I wish to make one final observation regarding Mr. Mattleson's answers at our settlement conference. During out pre-trial settlement conference we discussed statements within Mr. Mattleson's email that he used as advertisement for his clothing. Regarding his merchandise he stated that his clothing was recently purchased brand new within the past year and he was only selling the suits because he'd recently gained weight. When questioned about this, Mr. Mattleson stated that he has no receipts to support his claim that the suits were recently purchased or that the suits were purchased new. Physically, Mr. Mattleson also does not appear to be even close to my size or fit of 48-50 long.

This is my case history and chronicles evidence I have submitted to the court.

Thank you.

Sincerely yours

*Emile Boyle*

Emile Boyle
8354 Forrester Blvd
Springfield VA 22152
Home#703-451-5114

**Certificate of Service**;

A copy of this response has been sent via Express mail to:

*Emile Boyle*

Richard P. Mattleson
80 Tremont Street
Hartford, Connecticut
6105-3069

Office of the Clerk
U.S. District Court
915 Lafayette Boulevard
Bridgeport, Connecticut  06604

Janet C. Hall
U.S. District Judge
U.S. District Court
915 Lafayette Boulevard
Bridgeport, Connecticut  06604