1/6/04

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT



Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #2, 4th Floor

**PRETRIAL CONFERENCE HELD**
Date: 2/27/04



THE PARTIES ARE ORDERED BY THE COURT TO BE PRESENT AT THIS DATE AND TIME, AND TO BE PREPARED TO DISCUSS ALL PENDING MOTIONS. ADDITIONALLY, THE PARTIES SHALL BE PREPARED TO DISCUSS THE JOINT TRIAL MEMORANDUM AND ANY OBJECTIONS THERETO OR CONTAINED THEREIN.

Emile Boyle
8354 Forrester Blvd.
Springfield, VA 22152

Dick Mattleson
80 Tremont Street
Hartford, CT 06105

All persons entering the courthouse must show photo identification.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK