ited States District Court    Case No. 302 CV 1629 (JCH)

strict of Connecticut

2004 FEB -9 P 12: 02

US DISTRICT COURT

Dick Mattleson              (Petitioner)

80 Tremont Street

Hartford, Connecticut

06105-3069

AKA dmatt89@yahoo.com

AKA dmatt89


Emile Boyle                 (Respondent)

8354 Forrester Blvd

Springfield, VA

22152

AKA liveride@yahoo.com

AKA liveride

**Letter of Intent to Object to Judge Fitzsimmons Order**

**and Ruling of February 5th, 2004**

2004 MAR -2 P 2: 35

US DISTRICT COURT
BRIDGEPORT CT

*For the reasons stated on the record, the court finds that the Order of the Mag. Judge was correct and not contrary to law. Therefore the Mag.'s ruling is affirmed and stands in effect. So Ordered.*