UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -8  A 9: 41
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| DICK MATTLESON, | : |
|     Plaintiff, | :   CIVIL ACTION NO. |
| v. | :   3:02-CV-1629 (JCH) |
| | : |
| EMILE BOYLE | : |
|     Defendant. | :   MARCH 4, 2004 |

### ORDER ON MOTION TO DISMISS

Defendant Boyle requests that this court dismiss Mattleson's claims due to Mattleson's failure to comply with the Magistrate's Order [Dkt. No. 38]. The Order was in connection with materials relevant to proof of Mattleson's claim for economic damages rising out of his business. At the pretrial conference on February 27, 2004, Mattleson withdrew his claims for economic damages, and said on the record that he intends to pursue only non-economic and punitive damages. In light of the plaintiff's waiver, the Motion to Dismiss is denied as moot.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 4th day of March, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge