United States District Court          Case No. 302 CV 16~~~ JC~~

District of Connecticut

*FILED*

2004 MAR 17 P 2: 02

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Dick Mattleson                    (Petitioner)

80 Tremont Street

Hartford, Connecticut

06105-3069

AKA dmatt89@yahoo.com

AKA dmatt89


Emile Boyle                       (Respondent)

8354 Forrester Blvd

Springfield, VA

22152

AKA liveride@yahoo.com

AKA liveride


## Petitioner's Trial Plans and Evidence Table


Now comes Dick Mattleson, the Petitioner, to offer his

trial plans and evidence table.

**Length**: The Petitioner will need a minimum **10** hours to be, broken down as follows, to clearly present his case before the court:

Morning of trial: Laying foundation of internet auction trading.  What is Ebay.  What are basic definitions related to auction buying and selling.  What is feedback. Buying through Ebay Vs Buying Direct.  Why do 22 million buyers and sellers trust Ebay.  How a typical transaction happens.  Who has the right and privilege to the feedback section and who does not.

Break for Lunch

After Lunch Continuation:  Start to explain the overall picture of how the Petitioner and Respondent met on-line. Explain the transaction in detail supported by documents, e-mails, and pertinent evidence.  Explain how credit cards are handled.  This will take us to the close of the business day.

Next Morning Continuation: Wrap up and summation. Difference of opinion Vs fact.  Clearly point out what is libel, what is aggravated malice, and why the Petitioner

should prevail.    Answer questions. Explain why damage asked for would be fair and reasonable.

Break for lunch

Respondent to start his presentation (if any) on 2nd day of trial afternoon.

**Witnesses:**  The Petitioner will not be calling any witnesses.

**Table of Evidence**

| Item Number | Called | Why important |
|---|---|---|
| P-1 & 2 & 3 | Entire Customer List. UPS shipping records for 14 months prior to libel.  Listings for the period 14 months prior to the libel | To Establish that Petitioner was engaged in a business. |
| P-4 | Petitioner's | To show how |

| | listings from Ebay. | Petitioner listed and sold his merchandise. |
|---|---|---|
| P-5 | Copy of Terms & Conditions of Sale.  How merchandise is inspected and returned or kept. | To show how the buyer receives the merchandise. |
| p-6 | UPS shipping receipt for 1st shipment to Respondent | To show that 1st shipment was delivered in good order on a specific date. |
| P-7 | UPS shipping receipt for 2nd shipment to Respondent | To show that 2nd shipment was delivered in good order on a specific date. |
| P-8 | Postal insured receipt from Springfield, VA | To show Respondent deposited merchandise outside Terms and |

| | | Conditions of Sale. |
|---|---|---|
| P-9 | UPS shipping locations in Springfield, VA | To show that the Respondent had access to UPS 7 days a week 2 miles from his home. |
| P-10 | Ebay feedback records for "Liveride" dated October 24th through November 30th. After receipt of 2nd shipment Respondent remained silent; no communication with the Petitioner. | To show that the Respondent was involved in 26 deals in his private account during the 6-week period. |
| P-11 | Copy of libel authored by the Respondent. | To show that it was harmful in an auction |

| | | environment. The Respondent could have sought relief through reporting a possible fraud but chose not to report a fraud took place, rather placing libel instead. |
| --- | --- | --- |

Seeking these Damages

1.   -0-          Compensatory damage

2.   **$60,000   Liability** for the placement of false comments in a public venue seen and reviewed by upwards of 22,000,000 people, against the Petitioner.   **dmatt89** was regularly listing minimum of 160 items every month.   That number rose to 200 items per month during peak season. Each listing typically was getting 30 hits during active Vs inactive visits.   That translates into minimum of 60,000 hits per year were coming to **dmatt89**.

3.  **$120,000 punitive award** Not only was the libel placed
    false, but also it can be argued that it was aggravated
    malice in nature.  The Respondent falsely accused the
    Petitioner of committing a crime of stealing money,
    announcing that a crime occurred, or both.  Under the
    1st Amendment if the falsehood is false but very harmful
    i.e. falsely reporting a crime publicly a punitive
    award may be granted.

4.  **$25,000** Humiliation, embarrassment and frustration of
    dealing with abruptly not having the right and use of
    my Ebay account for over a year.  The Petitioner had to
    start in a smaller court and work his way through to
    this court before he was able to get some relief.

5.  **$60,000** for denying the Petitioner his 6th amendment
    rights.  That is, the Respondent could have easily
    reported his feelings of fraud to his credit card
    provider, law enforcement agency, EBAY, trade
    commission or consumer protection service.  Or, simply
    his local police, state police, or the Petitioner's
    local or state police.  Or the FBI.  The Petitioner was
    accused of a crime of stealing the Respondent's money

without provided due process of law as guaranteed under
the U.S. Constitution 6th Amendment.

6.  **$5,000** Reasonable court costs in litigating this case
from lower courts through to the U.S. District Court.

**Total to Ask from this Court $279,000**

Mailed postage prepaid this Tuesday March 9th, 2004 from Hartford, Connecticut:

Clerk of the Court

U.S. District Court

District of Connecticut

Bridgeport, Connecticut

Emile Boyle

8354 Forrester Blvd

Springfield, VA

22152

The Honorable Holly B. Fitzsimmons

Magistrate U.S. District Court

Bridgeport, Connecticut

*Richard P. Mattleson*

*Mar 9, 2004*