UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

2004 APR 12 P 4: 31

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DICK MATTLESON,                    :
      Plaintiff,               :        CIVIL ACTION NO.
v.                                 :        3:02-CV-1629 (JCH)
                                   :
EMILE BOYLE                        :
      Defendant.               :        APRIL 12, 2004

# ORDER

This matter came to trial before the court on April 8, 2004.  In its Ruling on the

record after trial, the court found in favor of defendant Emile Boyle against plaintiff Dick

Mattleson on Mattleson's claim of libel, and in favor of Boyle on his counterclaims of fraud

and breach of contract against Mattleson.  Pursuant to that Ruling, and without objection

from the plaintiff, IT IS THE ORDER OF THIS COURT that all negative entries from

www.eBay.com, under the name "dmatt89" against "liveride" shall be removed.  Defendant

Emile Boyle is authorized to present this Order to eBay to request the removal of these

comments made by "dmatt89" about "liveride."

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 12th day of April, 2004.

Janet C.  Hall
United States District Judge