UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 APR 13 P 4: 38

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DICK MATTLESON

v.                                                         3:02CV1629JCH

EMILE BOYLE

## JUDGMENT

This case came on for consideration before the Honorable Janet C. Hall, United States District Judge, as a result of a bench trial.

After reviewing the papers and the evidence, on April 8, 2004 the Court issued a Ruling on the record in favor of the plaintiff. The Court awards damages in the amount of $432.75. The Court also orders that all negative entries from www.eBay.com, under the name "dmatt89" against "liveride" shall be removed.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant in the amount of $432.75 and the case is closed.

Dated at Bridgeport this 12th day of April, 2004.

KEVIN F. ROWE, Clerk

By _Catherine Boroshy_
Deputy Clerk

Entered on the docket_____