United States District Court          Case No. 302 CV 1629 JCH

District of Connecticut

**FILED**
**2004 APR 13 A 11: 56**
**U.S. DISTRICT COURT**
**BRIDGEPORT, CONN**

Dick Mattleson                    (Petitioner)

80 Tremont Street

Hartford, Connecticut

06105-3069

AKA dmatt89@yahoo.com

AKA dmatt89

Emile Boyle                       (Respondent)

8354 Forrester Blvd

Springfield, VA

22152

AKA liveride@yahoo.com

AKA liveride

**MOTION TO OBTAIN TRANSCRIPTS OF TRIAL PROCEEDINGS HELD ON**

**APRIL 8TH, 2004**

Now comes Dick Mattleson, the Petitioner, to ask this U.S. District Court the cost and procedure of obtaining the transcript

for the trial held on **April 8th, 2004**. On or about **April 26th, 2004**, the Petitioner will file his appeal before the <u>United States 2nd Circuit Court of Appeals</u> citing 5 key issues which he believes were overlooked when the court rendered its decision on **April 8th, 2004**. The Petitioner, in his appeal, will be seeking that the judgment be vacated, case number **302 CV 1629 JCH** be remanded back to the District Court for installing of a new judgment.

If the District Court would like to see a brief condensed synopsis of what the issues the Petitioner would be appealing, please have Gail or Sarah Nolan e-mail, as time is of the essence, the Petitioner, with a copy going to the Respondent, their interest to know. The Petitioner will then e-mail back a 2-page condensed version followed by hard copy of the areas he will be addressing before the <u>United States 2nd Circuit Court of Appeal</u>, to all parties.

The purchase of the transcript would be necessary at this time for the preparation of the Petitioner's appeal.

*Richard P. Matteson*
*APR 12th 2004.*

Mailed this Monday April 12, 2004 from Hartford, Connecticut

Copies sent pre-paid by first class mail April 12, 2004 to:

Clerk of the Court

U.S. District Court

District of Connecticut

The Honorable Holly B. Fitzsimmons

U.S. Magistrate Judge

U.S. District Court

District of Connecticut

Emile Boyle

8354 Forrester Blvd

Springfield, VA

22152

*Richard P. Matteson*

APR 12TH 2004.