02CV1629 MINENT
CTevtrial (October 17, 2001)

TOTAL TIME: 2 hours 30 minutes
HONORABLE HALL
DEPUTY CLERK BOROSKEY    RPTR/ERO/TAPE FIANZA

DATE 4-8-04   START TIME 9:15   END TIME 1:50
LUNCH RECESS FROM ~~12:00~~ TO
RECESS FROM 12:02 TO 1:05   (if more than 1/2 hour)

MATTLESON

vs.

BOYLE

CIVIL NO. 3:02CV1629JCH

R. MATTLESON (PRO SE)
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

E. BOYLE (PRO SE)
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☐ Jury of _____ report (see attached) ☐ Jury sworn
☐ (jytrl./h) Jury Trial held   ☐ (jytrl./set) Jury Trial continued until _____ at _____
☑ (ctrl./h) Court Trial held   ☐ (ctrl./set) Court Trial continued until _____ at _____

☑ ctrlconc  Court Trial concluded   ☐ DECISION RESERVED   ☑ SEE reverse for ~~verdict~~ DECISION

☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm  Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm  Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed

☐ Plaintiff(s) rests  ☐ Defense rests
Briefs due:  ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held  ☐ Court's Charge to the Jury
All full exhibits,  ☐ Verdict Form handed to the jury  ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
☑ SEE ☑ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)

☐ . . . . . . . .     Court declares MISTRIAL

☐ jyv . . . . . . .   Verdict Form filed

☐ . . . . . . . .     VERDICT: _____

_____

_____

_____

_____

_____

☐ . . . . . . . .     Court accepts verdict and orders verdict verified and recorded

☐ . . . . . . . .     Jury polled

## MISCELLANEOUS PROCEEDINGS

COURT RULES IN FAVOR OF DFT ON PLTFS CLAIM
DEFT TO RECEIVE $409.N         AND $23.25 IN MAILING COSTS FOR A
TOTAL JUDGMENT OF $432.75 -
A SEPARATE ORDER WILL ISSUE TO HAVE NEGATIVE FEEDBACK REMOVED FROM DFTS EBAY
THAT LANGUAGE SHALL BE INCLUDED IN JGMT