UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DICK MATTLESON            3:02CV1629JCH

v.

EMILE BOYLE

## AMENDED JUDGMENT

    This case came on for consideration before the Honorable Janet C. Hall, United States District Judge, as a result of a bench trial.

    After reviewing the papers and the evidence, on April 8, 2004 the Court issued a Ruling on the record in favor of the defendant Emile Boyle against plaintiff Dick Mattleson on Mattleson's claim of libel, and in favor of Boyle on his counterclaims of fraud and breach of contract against Mattleson. The Court awards damages to the defendant in the amount of $432.75.  The Court also orders that all negative entries from www.eBay.com, under the name "dmatt89" against "liveride" shall be removed.

    Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant in the amount of $432.75 and the case is closed.

    Dated at Bridgeport this 28th day of April, 2004.

                                                           KEVIN F. ROWE, Clerk

                                                           By: Catherine Boroskey
                                                           Deputy Clerk

Entered on the docket_____