FORM 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 APR 27 A 10: 27
U.S. DISTRICT COURT
HARTFORD, CT.

MATTLESON

v.

BOYLE

CIVIL CASE NO. 302 CV 1629 (JCH)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __RICHARD P. MATTLESON__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following
Judgment or Order (attach the Judgment or Order): __JUDGE ISSUED VERBAL JUDGEMENT IN COURTROOM APRIL 8, 04 FINDING FOR BOYLE; AGAINST MATTLESON__

2. The Judgment /Order in this action was entered on __April 8, 2004__
(date)

__Richard P. Mattleson__
Signature

__RICHARD P. MATTLESON__
Print Name

__80 TREMONT Street__
__HARTFORD, CT 06105-3069__
Address

Date: __April 27, 2004.__      __860-233-1819__
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).