# DISTRICT OF CONNECTICUT - BRIDGEPORT
# NOTICE OF APPEAL COVER MEMO

DATE: __May 12, 2004__   TO:   Intake Clerk

FROM: Tasha Simpson   203-579-5657

**FILED**

**2004 JUN -7 P 2:42**

**U.S. DISTRICT COURT**
**BRIDGEPORT, CONN**

**CASE TITLE:**   Mattleson vs Boyle, et al.

**DOCKET NO.:**   3:02 cv 1629 (JCH)

**NOTICE OF APPEAL:**   filed: April 27, 2004

**APPEAL FROM:**   final judgment: yes ( record attached )

interlocutory: __

other: __

**DOCKET SHEET:**   Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**   Paid __✓__   Due ____   N/A ____

IFP revoked ____   Application Attached ____

IFP pending before district judge ____

**COUNSEL:**   CJA ____   Retained ____   Pro Se __✓__

**TIME STATUS:**   Timely __✓__   Out of Time ____

**MOTION FOR EXTENSION OF TIME:**   Granted ____   Denied ____

**COA:**   Granted ____   Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _____   DATE: 5/12/04
DEPUTY CLERK, USCA

USCA No. _____.