Connecticut / New Haven

04/2/7/3/4 cv

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED
2004 JUN 17  P 2: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Mattleson

VS.

Boyle, et al.

CV. NO. 3:02 cv 1629 (JCH)

USCA NO.

## INDEX TO THE RECORD ON APPEAL

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND __ONE__
VOLUMES OF ORIGINAL RECORD.

DATE: 6/14/04  (SB)